# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 2:25-cr-00679-JLS-1     CourtSmart CS 9/3/2025     Date: 9/3/2025

Present: The Honorable Rozella A. Oliver, United States Magistrate Judge, U.S. Magistrate Judge

Eddie Ramirez — Deputy Clerk
Robert Quealy — Assistant U.S. Attorney
Interpreter / Language: —

USA v. Jonathon Redondo-Rosales
☑ Present   ☑ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant: Katherine McBroom
☑ Present   ☑ CJA   ☐ Retd   ☐ DFPD   ☐ Not present

**PROCEEDINGS: DETENTION HEARING**    ☐ Contested detention hearing is held.

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ .   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                   ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☑ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____
   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☑ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____

00 : 39
Deputy Clerk Initials ER