Robert K. Quealy
Assistant United States Attorney
1200 U.S. Courthouse
312 North Spring Street
Los Angeles, California, 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES<br><br>PLAINTIFF(S)<br><br>v.<br><br>JONATHON REDONDO-ROSALES<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-CR-679-CV<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)
Response to Court's Order at Dkt. 77

**Reason:**

☐  Under Seal

☑  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated:  _____

☐  Other:

January 29, 2026
Date

Robert K. Quealy
Attorney Name

USA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*