UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    **2:25-cr-00679-CV-1**                                    Date:  January 28, 2026

Present: The Honorable:    CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| Jessica Cortes | Myra Ponce | Robert K. Quealy<br>Thi Hoang Ho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathon Redondo-Rosales | X | X | | Katherine McBroom | X | X | |

Proceedings: **FINAL PRETRIAL CONFERENCE;**

**1st MIL to Admit Evidence Under Fed. R. Evid. 404 and 609 filed by Plaintiff USA [32];**

**2nd MIL to Preclude Self-Defense Arguments filed by Plaintiff USA [33];**

**3rd MIL to Exclude Post-Assault Evidence filed by Plaintiff USA [34];**

**MIL to Exclude Video Evidence filed by Defendant [42];**

**MIL to Compel Grand Jury Information and Transcripts filed by Defendant [43];**

**Motion to Compel Brady Discovery Filed by Defendant [53];**

**Ex Parte Application for Leave to File Objections to Government's Trial Memorandum [75]**

The matter is called and counsel state their appearances. The final pretrial conference is held. The Court confers with counsel regarding trial related matters as stated on the record.  The Court confirms the trial date of February 3, 2026, at 9:00 a.m. Counsel are directed to be present in Courtroom 10B at 8:30 a.m. At that time, the Court will address preliminary matters.

The schedule for trial is discussed. Trial typically runs from 9:00 a.m. to 4:30 p.m., with two 15-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

minute breaks and 1-hour lunch.

Government's 1st MIL to Admit Evidence Under Fed. R. Evid. 404 and 609 filed by Plaintiff USA [32] is taken under submission. The government is instructed to file under seal a summary of the evidence that it intends to put forth regarding Defendant's prior convictions and restraining order by Thursday, January 29, at 5:00 p.m.

Government's 2nd MIL to Preclude Self-Defense Arguments filed by Plaintiff USA [33] is taken under submission.

Government's 3rd MIL to Exclude Post-Assault Evidence filed by Plaintiff USA [34] is taken under submission.

Defendant's MIL 1 to Exclude Video Evidence filed by Defendant [42] is taken under submission.

Defendant's MIL 2 to Compel Grand Jury Information and Transcripts filed by Defendant [43] is taken under submission.

Defendant's Motion to Compel Brady Discovery [53] is taken under submission. Defense counsel shall file a supplemental brief under seal identifying the material still at issue given the government's recent production pursuant to the protective order.

Defendant's Ex Parte Application for Leave to File Objections to Government's Trial Memorandum [75] is hereby DENIED.

After the ruling on the motions, the parties are ordered to file amended pretrial pleadings no later than February 2, 2026, at 5:00 p.m.

The deadline for the government to produce to Defendant all evidence that it plans to use at trial is **January 30, 2026, by 5:00 p.m**. Unless the evidence is favorable to the Defendant, any evidence that the government discloses after that date for the first time will not be admissible at trial.

The parties are ordered to file an amended exhibit list no later than January 30, 2026, by 5:00 p.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

The court required the parties to show all demonstratives to opposing counsel no later than 5:00 p.m. the day before they are to be used at trial. The court does not intend to permit the parties to display any evidence to the jury during opening statements unless the parties have stipulated to its admission by 5:00 p.m. the day before trial.

The Court further sets a second pretrial conference for January 30, 2026, at 9:30 a.m.

IT IS SO ORDERED.

1:19

**Initials of Deputy Clerk**  jc