Robert K. Quealy
Special Assistant United States Attorney
1100 U.S. Courthouse
312 North Spring Street
Los Angeles, California, 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-CR-679-CV |
| v. | |
| JONATHON REDONDO-ROSALES | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)
one USB flash drive containing two video files

**Reason:**

☐   Under Seal

☐   In Camera

☑   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑   Per Court order dated:    January 29, 2026

☐   Other:

January 30, 2026                           Robert K. Quealy
Date                                                    Attorney Name

                                                          USA
                                                          Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING