TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROBERT K. QUEALY[1]
Special Assistant United States Attorney
Major Frauds Section
THI H. HO (Cal. Bar No. 293978)
Assistant United States Attorney
Asset Forfeiture Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-6874 / 0596
        Facsimile: (213) 894-0141
        E-mail:   Robert.Quealy@usdoj.gov
                  Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-679-CV |
|---|---|
| Plaintiff, | NOTICE RE: T-MAX CALCULATION |
| v. | Trial Date:   2/03/2026 |
| | Hearing Time: 9:00 a.m. |
| JONATHON REDONDO-ROSALES, | Location:     Courtroom of the |
| | Hon. Cynthia |
| Defendant. | Valenzuela |

     Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, Special Assistant United States Attorney Robert K. Quealy, and Assistant United States Attorney Thi H. Ho, hereby files this notice regarding t-max calculation.

---

[1] Authorized to Practice Pursuant to Local Rule 83-2.1.4.2

This notice is made pursuant to the Court's order dated January 29, 2026, and found at docket number 84.

1. Defendant Jonathon Redondo-Rosales ("defendant") is charged in a one-count information with Simple Assault of a Federal Officer in violation of 18 U.S.C. 111(a), a class A misdemeanor.

2. The information in this case was filed on August 15, 2025. Defendant first appeared before a judicial officer of the court in which the charge in this case was pending on August 5, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before October 24, 2025.

3. On August 25, 2025, the Court set a trial date of October 7, 2025.

4. Defendant is detained pending trial.

5. The Court has previously continued the trial date in this case from October 7, 2025, to February 3, 2026, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

6. The last possible date for trial to commence is February 20, 2026.

7. On September 30, 2025, defendant filed the following motions in limine: motion in limine to exclude video evidence and motion in limine requesting grand jury information. (Dkt. 42; Dkt. 43). On January 9, 2026, defendant filed a motion to compel discovery. (Dkt. 53). The motions remain pending before the Court.

8. Pursuant to 18 U.S.C. §3161(h)(1)(D), any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing or other disposition, may be

excluded for purposes of calculating the time within which trial must commence.

9.    Government counsel represents that Special Assistant United States Attorney Robert K. Quealy is currently scheduled to be on pre-panned, non-refundable annual leave from February 11, 2026, through February 27, 2026.  Assistant United States Attorney Thi H. Ho is scheduled to be on pre-planned annual leave from February 11, 2026, through February 20, 2026.

Dated: January 30, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/_____
ROBERT K. QUEALY
Special Assistant United States
Attorney

THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA