TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROBERT K. QUEALY[1]
Special Assistant United States Attorney
Major Frauds Section
THI H. HO (Cal. Bar No. 293978)
Assistant United States Attorney
Asset Forfeiture Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6874 / 0596
Facsimile: (213) 894-0141
E-mail: Robert.Quealy@usdoj.gov
Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON REDONDO-ROSALES,<br><br>Defendant. | No. 2:25-CR-679-CV<br><br>GOVERNMENT'S AMENDED EXHIBIT LIST<br><br>Trial Date: February 3, 2026<br>Trial Time: 9:00 a.m.<br>Location: Courtroom of the Hon. Cynthia Valenzuela |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, Special Assistant United States Attorney Robert K. Quealy, and Assistant United States Attorney Thi H. Ho, hereby files its Amended Exhibit List.

//

[1] Authorized to Practice Pursuant to Local Rule 83-2.1.4.2

The government reserves the right to supplement this exhibit list.

Dated: January 30, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/

ROBERT K. QUEALY
Special Assistant United States Attorney

THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT EXHIBIT LIST**

| Ex. | Description | Witness | Objections | Identified | Admitted |
|---|---|---|---|---|---|
| 1 | Bystander video of incident | FPS Ins. Murberg | Authenticity (FRE 901), Foundation (FRE 602) | | |
| 2 | Surveillance video of incident | FPS Ins. Murberg | Authenticity (FRE 901), Foundation (FRE 602) | | |
| 3 | Photo of Alameda Street Exit of Roybal Federal Building [Stipulated] | FPS Ins. Murberg | N/A | | |