UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

  v.

JONATHON REDONDO-ROSALES,

      Defendant - Appellee.

No. 26-834

D.C. No.
2:25-cr-00679-CV-1
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Katherine McBroom to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

The existing briefing schedule remains in effect.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on the defendant, and the proof of service must include the defendant's current address. *See* 9th Cir. R. 4-1(c).

Within 7 days, appellant must serve this order on appellee and provide proof of service to this court, including appellee's address.

The clerk will serve this order on former counsel and the district court.